UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOMI AKINYEMI,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO, N.A.,<br><br>  Defendant. | Civil Action No. 1:23-cv-05624<br><br>**CONSENT ORDER** |

Upon the joint request of the parties to stay this action pending the completion of arbitration, and with the consent of Plaintiff Yomi Akinyemi ("Plaintiff") and Defendant Wells Fargo Bank, N.A ("Defendant"):

**IT IS** on this the 15th day of August, 2023

**ORDERED** that all claims asserted by Plaintiff against Defendant in this action are **STAYED** until arbitration before the Financial Industry Regulatory Authority Dispute Resolution has been completed in accordance with the terms of the parties' applicable arbitration agreement;

**IT IS** further **ORDERED** that the parties shall provide an update to the Court regarding the status of the arbitration within 45 days following the date of this Order.

_____
Honorable Paul A. Engelmayer, USDJ
August 15, 2023

**CONSENTED TO:**

VLADECK RASKIN & CLARK, PC
Attorneys for Plaintiff

By:_____
  Susan J. Walsh

BRESSLER, AMERY & ROSS, P.C.
Attorneys for Defendant

By:_____
  Justin E. Condit